**Order filed January 26, 2017**



## In The

# Eleventh Court of Appeals

_____

## No. 11-16-00210-CR

_____

## MICHAEL BOYD CROWELY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**
**Taylor County, Texas**
**Trial Court Cause No. 25844A**

### O R D E R

This appeal has become stalled due to an issue related to the appointment of counsel. Appellant's brief is currently past due. Appellant's current court-appointed counsel, Landon H. Thompson, has filed in this court a motion to abate the appeal deadlines pending the appointment of new appellate counsel. We grant the motion and abate the appeal.

After he filed the notice of appeal in this cause, counsel filed in the trial court a motion to withdraw as counsel. In his motion to withdraw, counsel requested that new counsel be appointed for this appeal. Counsel informs us that the trial court instructed counsel to obtain Appellant's signature to show that Appellant approved of counsel's motion to withdraw. However, Appellant was "transferred to TDC before the withdrawal could be approved." Counsel has "repeatedly" sent copies of his motion to withdraw to Appellant for him to sign and return, but counsel has received no response from Appellant. We note that Appellant's brief was originally due on November 14, 2016.

In light of the inordinate delay, we abate the appeal and remand the cause to the trial court so that it may determine the following:

1. Whether Appellant desires to prosecute his appeal;

2. Whether Appellant is indigent; and

3. If Appellant is indigent, whether appointed counsel, Landon H. Thompson, should be removed as appellate counsel and new counsel appointed.

*See* TEX. R. APP. P. 38.8(b). We note that Appellant need not appear in person at the hearing and that the trial court may permit him to appear via telephone. We also note that Appellant need not approve of Thompson's withdrawal. The trial court is directed to make appropriate findings and recommendations and to appoint new appellate counsel if appropriate. The trial court clerk is directed to prepare and forward to this court a supplemental clerk's record containing the findings, recommendations, and any orders of the trial court. If a hearing is held, the court reporter is directed to prepare and forward to this court the reporter's record from the hearing. These records are due to be filed in this court on or before February 27, 2017. Appellant's brief will be due to be filed in this court within thirty days after the date this appeal is reinstated.

The appeal is abated.

PER CURIAM

January 26, 2017

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.